# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     Plaintiff, )<br>v. )<br>     )<br>MARK MCCURRY, )<br>     Defendant. ) | Cr. No. 05-10026-T |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **MARK MCCURRY**, SSN 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, now being detained in the Madison County Jail, appear before the Honorable S. Thomas Anderson on _FRIDAY, 08-12-05_, at _2:00 P.M._ a.m./p.m. for initial appearance for such other appearances as this Court may direct.

Respectfully submitted this _27th_ day of July 2005.

JAMES W. POWELL
Assistant U. S. Attorney

FILED BY ___ D.C.
05 JUL 29 PM 3:25
THOMAS M. GOULD
CLERK U.S. DISTRICT COURT

## ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Sheriff David Woolfork:

**YOU ARE HEREBY COMMANDED** to have **MARK MCCURRY** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

**ENTERED** this _29th_ day of _July_ 2005.

S. THOMAS ANDERSON
**United States Magistrate Judge**

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on _08-03-05_

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10026 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT