IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**FILED IN OPEN COURT:**
DATE: 11/28/05
TIME: 5:00 p.m.
INITIALS: eu

UNITED STATES OF AMERICA

vs.                                      Criminal No. 1:05-10026-01-T
                                                      1:05-10068-01-T

MARK McCURRY

<u>ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT</u>

Upon motion of counsel for defendant the trial date of December 7, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for <u>**WEDNESDAY, DECEMBER 28, 2005 at 8:30 A.M.**</u> and reset **TRIAL DATE** for <u>**WEDNESDAY, JANUARY 18, 200 at 9:30 A.M.**</u> The Court finds that the grounds for this continuance justified excluding the period of December 7, 2005, to January 18, 2006, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and(h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 28 November 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10026 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT