

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                      CR NO.  1:05-10026-01-T


MARK McCURRY


ORDER ON CHANGE OF PLEA

This cause came on to be heard on December 28, 2005,   Assistant  U. S. Attorney,

James W. Powell,  appearing for the government,  and the defendant appeared in person

and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered

and entered a plea of GUILTY as charged in Counts 1 and 2 of the Indictment.

This case has been set for sentencing on **Tuesday , March 28,   2006,  at 8:30**

**A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _29 December 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/30/05_

23

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CR-10026 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT